# MEMORANDUM DECISIONS.

ABRAM COX STOVE CO., Respondent. v. HURTH, Appellant. (Supreme Court, Appellate Division, Third Department. May 25, 1897.) Action by the Abram Cox Stove Company against Frances C. Hurth. No opinion. Order affirmed, with $10 costs and disbursements.

ABRY, Respondent, v. WILDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Emne A. Abry, as receiver, etc., against Sidney Wilder. No opinion. Motion to dismiss the appeal granted, with $10 costs.

In re ACQUIRING LAND ON THIRTY-EIGHTH STREET. (Supreme Court, Appellate Division, First Department. June 25, 1897.) In the matter of acquiring land on Thirty-Eighth street, etc. No opinion. Reference ordered.

ALLAIRE et al., Respondents, v. KALFON et al., Appellants. SAME, Respondent, v. KREIELSHEIMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Actions by John T. Allaire and Thaddeus H. Allaire against Moses Kalfon and Marcus Mahon, and by John T. Allaire against Max A. Kreielsheimer and Moses Kalfon. No opinion. Motions to dismiss appeals granted, with $10 costs in one case.

ALVORD, Respondent, v. CITY OF SYRACUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Anson E. Alvord against the city of Syracuse and another. No opinion. Judgment affirmed, with costs.

AMERICAN CREDIT INDEMNITY CO., Respondent, v. BONDY, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by the American Credit Indemnity Company against Simon M. Bondy. S. L. Samuels, for appellant. G. Hoadly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 267.

In re APPOINTMENT OF COMMISSIONERS. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) In re appointment of commissioners pursuant to chapter 369 of the Laws of 1895. No opinion. Messrs. E. Corning Townsend, Philip Laing, and Sidney W. Petrie appointed commissioners, and order in respect thereto filed with the clerk, and ordered certified to Erie county clerk's office.

ARNOLD, Respondent, v. BARGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Fred R. Arnold, by guardian ad litem, against Arthur Barger. No opinion. Appeal dismissed, with costs. See Flake v. Van Wagenen, 54 N. Y. 25, and Innes v. Purcell, 58 N. Y. 389.

ARNOLD et al., Appellants, v. R. ROTHSCHILDS SONS CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Morris Arnold and another, comprising the firm of M. Arnold & Co., against the R. Rothschilds Sons Company. No opinion. Motion for reargument granted. The cause may be brought on for argument at the present term on two days' notice from either party. See 44 N. Y. Supp. 676.

AVERELL v. BARBER et al. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by William W. Averell against Amzi L. Barber and others. No opinion. Motion dismissed.

BAINES, Appellant, v. DUBOIS, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Laura A. Baines against Smith H. Dubois. No opinion. Appeal dismissed, with costs.

BAKER et al., Respondents, v. BROWN et al. (DORTHY, Appellant). (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Jane A. Baker and another against Thomas Brown and another. John F. Dorthy appeals. No opinion. Motion for reargument denied, with $10 costs. See 44 N. Y. Supp. 1110.

BARKER, Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Hiram L. Barker against William H. Robinson and others. No opinion. Judgment and order affirmed, with costs. All concur, except FOLLETT, J., not voting.

BAXTER, Respondent, v. McDONNELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by John F. Baxter against Charles E. McDonnell. No opinion. Motion for leave to appeal to the court of appeals granted; order to be settled on two days' notice. See 45 N. Y. Supp. 765.

BECKER et al. v. BECKER. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by John Becker and others against Jacob Becker as executor. No opinion. Motion denied. See 43 N. Y. Supp. 17.

BEEKMAN, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1897.)

Action by Catharine L. Beekman against the Third Avenue Railroad Company. E. Treadwell, for appellant. H. L. Stinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 174, 1150.